GEORGE FROST CO. et al. v. KORA CO. et al. (Circuit Court of Appeals, Second Circuit. February 1, 1906.) No. 93. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 136 Fed. 487. W. K. Richardson, for appellants. Harold Binney, for appellees. Before LACOMBE and TOWNSEND, Circuit Judges.

PER CURIAM. Decree of Circuit Court affirmed, with costs, upon the opinon of Circuit Judge on motions for injunction, which is printed in the record.

---

LANE v. BENNER. (Circuit Court of Appeals, Eighth Circuit. June 15, 1905.) No. 1,897. Appeal from the Circuit Court of the United States for the Northern District of Iowa. W. P. Jewett and Milt H. Allen, for appellant. John T. Stearns, M. B. Davis, and John H. King, for appellee.

PER CURIAM. Affirmed, with costs, on authority of mandate of Supreme Court (25 Sup. Ct. 801, 49 L. Ed. 1171) in this cause.

---

McCONNELL v. CAMORS–McCONNELL CO. (Circuit Court of Appeals Fifth Circuit. October 30, 1905. On Rehearing, February 6, 1906.) No. 1,512. Appeal from the Circuit Court of the United States for the Southern District of Alabama. For opinion below, see 140 Fed. 412. Gregory L. Smith and Harry T. Smith, for appellant. W. B. Spencer and R. H. Clarke, for appellee. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. Without examining this case now as to its merits, the court has concluded that it is not advisable or proper to interfere with the discretion of the trial court in the granting of the temporary injunction. Adhering to the construction we have heretofore given the act allowing appeals in such cases, we affirm the judgment of the Circuit Court. Lehman v. Graham, 135 Fed. 39, 67 C. C. A. 513; Railroad Comm. v. Rosenbaum, 130 Fed. 110, 64 C. C. A. 444; Kerr v. New Orleans, 126 Fed. 920, 61 C. C. A. 450; Massie v. Buck, 128 Fed. 27, 62 C. C. A. 535.

On Petition for Rehearing.

The judges who concurred in our former decree are still satisfied therewith, and the petition for rehearing is denied.